UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-81993-CIV-MARRA

JOSEPH L. WORRELL,

    Appellant,

v.

EMIGRANT MORTGAGE CO.,
INC., RETAINED REALTY, INC.,
*et al.*,

    Appellee.
_____/

## ORDER

**THIS CAUSE** is before the Court upon Appellant's filing of his Initial Brief, in response to the Court's Order to Show Cause. Appellant, however, has not complied with the Order and has failed to provide any explanation or justification for why his initial brief is almost 7 month late. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that on or before September 1, 2017, Appellant shall explain and justify the profound delay in filing his appellant brief and why this appeal should not be dismissed for Appellant's failure to prosecute the appeal in a timely manner as required by the Bankruptcy Rules.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 23rd day of August, 2017.

                                                      _____
                                                      KENNETH A. MARRA
                                                      United States District Judge